PD-0499-15

PD-0499-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/29/2015 11:23:43 AM
Accepted 6/29/2015 4:48:33 PM
ABEL ACOSTA
CLERK



# NICHOLAS "NICO" LAHOOD

Criminal District Attorney

Bexar County, Texas

June 29, 2015

Honorable Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Frances Rosalez Ford v. The State of Texas
Cause No. 04-14-00025-CR

Dear Mr. Acosta:

The State has received a copy of the Petition for Discretionary Review filed by the Appellant in this matter. The State waives its right to respond to the Petition for Discretionary Review. However, if the Court grants the Petition, the State will file a brief on the merits.

If you have any questions, please feel free to call.

Sincerely yours,

/s/ Lauren Scott
LAUREN SCOTT
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2885
S.B.N. 24066843

FILED IN
COURT OF CRIMINAL APPEALS

June 29, 2015

ABEL ACOSTA, CLERK

cc: *Frances Rosalez Ford*
*Pro Se*
*Crain Unit*
*1401 State School Rd.*
*Gatesville, Texas 76599*

Attorney for the State